**462**

**TRAVELERS INSURANCE COMPANY,**
**Petitioner,**

**v.**

**Johnnie Lee ROSE, Respondent.**

**No. A–10800.**

Supreme Court of Texas.

July 7, 1965.

Rehearing Denied July 28, 1965.

Crenshaw, Dupree & Milam and Cecil Kuhne, Lubbock, for petitioner.

Splawn & Maner, Lubbock, for respondent.

PER CURIAM.

We refuse petitioner's application for writ of error with the notation "no reversible error." 389 S.W.2d 317.

The action taken, however, is not to be construed as approval of the holding of the Court of Civil Appeals that the lay witness Doyle Price was qualified to give opinion testimony to the effect that the respondent would not be able to hold a roughnecking job any more.

Court of Civil Appeals of Texas.